ADAMS SHEET METAL CORPORATION *v.*
CITY OF ROYAL OAK.

CITY OF ROYAL OAK *v.* CLAIR DITCHY ASSOCIATES.

Appeal and Error—Trial Court Findings.
    Findings of trial judge in third-party action for damages for negligence in maintenance of air conditioner *held,* not clearly erroneous on record presented (GCR 1963, 517.1).

Appeal from Oakland; Adams (Clark J.), J. Submitted Division 2 June 5, 1968, at Detroit. (Docket No. 3,946.) Decided June 10, 1968.

Complaint by Adams Sheet Metal Corporation, a Michigan corporation, against the City of Royal Oak, a municipal corporation, for costs of material and labor in replacement of air conditioner coils. Third-party complaint by City of Royal Oak against

Reference for Points in Headnote
5 Am Jur 2d, Appeal and Error § 839 *et seq.*

Clair Ditchy Associates, a partnership, for negligence in causing damage which necessitated repair. Judgment for principal plaintiff. Judgment of no cause of action in favor of third-party defendant. Third-party plaintiff City of Royal Oak appeals from judgment in favor of third-party defendant. Affirmed.

*Allan G. Hertler,* for third-party plaintiff City of Royal Oak.

*Malcolm Heber,* for third-party defendant Clair Ditchy Associates.

PER CURIAM. Third-party plaintiff appeals from a judgment of no cause of action in favor of third-party defendant entered by the trial court sitting without a jury on the basis that the alleged negligence of defendant had not been established.

A review of the trial record fails to establish that the findings of the trial judge which support his judgment are clearly erroneous. GCR 1963, 517.1.

Affirmed, with costs to third-party defendant.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.